**Carolyn SEBESTYEN, Plaintiff–Appellant,**

v.

**LEIKIN, INGBER & WINTERS, P.C.; Paul M. Ingber, Defendants–Appellees.**

No. 15–1517.

United States Court of Appeals, Sixth Circuit.

April 27, 2016.

Before: SUTTON and KETHLEDGE, Circuit Judges; BECKWITH, District Judge.[*]

PER CURIAM.

The district court, bound by then-governing Sixth Circuit precedent, held that the defendants' unaccepted offer of judgment "rendered this case moot." *Sebestyen v. Leikin, Ingber & Winters, P.C.,* No. 13–cv–15182, 2015 WL 1439881, at *6–7 (E.D.Mich. Mar. 27, 2015). After the

---

[*] The Honorable Sandra S. Beckwith, Senior United States District Judge for the Southern District of Ohio, sitting by designation.

plaintiff appealed, the Supreme Court came out the other way, holding that "an unaccepted settlement offer or offer of judgment does not moot a plaintiff's case." *Campbell–Ewald Co. v. Gomez,* —— U.S. ——, 136 S.Ct. 663, 672, 193 L.Ed.2d 571 (2016). In light of *Campbell–Ewald,* we vacate the district court's order and remand for further proceedings.